THE STATE, EX REL. GRINNELL, APPELLANT, *v.* OHIO
ADULT PAROLE AUTHORITY ET AL., APPELLEES.

[Cite as *State, ex rel. Grinnell, v. Ohio Adult
Parole Auth.* (1991), 62 Ohio St.3d 201.]

(No. 91–1130—Submitted September 17, 1991—Decided December 11, 1991.)

*Timothy D. Grinnell,* pro se.

*Lee I. Fisher,* Attorney General, and *Steven W. Ritz,* for appellees.

---

*Per Curiam.* We affirm the judgment of the court of appeals on the basis of *State, ex rel. Stamper, v. Ohio Adult Parole Auth.* (1991), 62 Ohio St.3d 85, 578 N.E.2d 461.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.